SIMMONS-BAKER COMPANY, Respondent, *v.* THE DEVELOPMENT AND FUNDING COMPANY, Appellant.

*Simmons-Baker Co.* v. *Development & Funding Co.*, 164 App. Div. 909, affirmed.

(Submitted April 2, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The complaint alleged that the plaintiff was the owner of eighty-eight lots in what is known as the Riverview Addition in Niagara Falls, a residence district; that since the early part of the year 1905 the defendant, in operating its factory, "created a nuisance" by generating and producing large volumes of chlorine gas and other gases, etc., which came on plaintiff's premises, contaminating, polluting and poisoning the air, destroying and injuring trees and vegetation; that the gases, etc., were offensive, obnoxious and injurious to the human system; that the plaintiff's lots have been rendered unsalable and the value thereof greatly reduced, and that the plaintiff's premises have been rendered undesirable as a residential district. The answer consisted of certain admissions and denials and an affirmative allegation to the effect that defendant's factory

was located in a section of Niagara Falls devoted to manufacturing enterprises, and not to residences.

· *Henry G. Gray* for appellant.

*Robert J. Moore* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: POUND, J.